## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**KENNEDY MINNIFIELD,**              :

    **Petitioner,**                    :

**v.**                              :   **CIVIL ACTION 07-00492-WS-B**

**GRANTT CULLIVER,**                :

    **Respondent.**                   :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 27th day of February, 2008.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE